IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McClain, Teneka

Printed: 4/15/08

Case Number: 07 B 00977
Judge: Wedoff, Eugene R
Filed: 1/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  December 28, 2007
Confirmed:  April 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,940.00 |  |
| Secured: |  | 489.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,345.58 |
| Trustee Fee: |  | 104.44 |
| Other Funds: |  | 0.00 |
| Totals: | 1,940.00 | 1,940.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,000.00 | 1,345.58 |
| 2. | Dovenmuehle Mortgage | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 4,380.52 | 425.75 |
| 4. | City Of Markham | Secured | 650.00 | 64.23 |
| 5. | Dovenmuehle Mortgage | Secured | 8,153.89 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 257.66 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 786.03 | 0.00 |
| 8. | Credit First | Unsecured | 16.54 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 254.34 | 0.00 |
| 10. | MCSI | Unsecured | 25.00 | 0.00 |
| 11. | Carlyle Funding Corp | Unsecured |  | No Claim Filed |
| 12. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,523.98 | $ 1,835.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 8.59 |
| 5.4% | 91.39 |
| 6.5% | 4.46 |
|  | $ 104.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McClain, Teneka | Case Number:  07 B 00977 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/15/08 | Filed:  1/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

